United States District Court
Southern District of Texas
**ENTERED**
March 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEXON INSURANCE COMPANY, INC., *et al.*, § § § Plaintiffs, § § VS. § CIVIL ACTION NO. 4:21-CV-00990 § CHEVRON U.S.A. INC., *et al.*, § § § Defendants. § | |

Before the Court are United States Magistrate Judge Peter Bray's Memorandum and Recommendation filed on February 28, 2024 (Doc. #121), Defendants Roger D. Linder and General Miles Biggs, Jr.'s (collectively, the "Individual Defendants") Objections (Doc. #122), and Plaintiff Lexon Insurance Company Inc.'s ("Plaintiff") Objections (Doc. #123). The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Accordingly, Plaintiff's Motion for Summary Judgment Against the Corporate Defendants and Partial Summary Judgment Against the Individual Defendants is GRANTED IN PART. Doc. #81. Specifically, Plaintiff's Motion for Summary Judgment against Defendants Chevron U.S.A., Inc., BP America Production Company, and Sojitz Energy Venture, Inc. is DENIED. *Id.* However, Plaintiff's Motion for Partial Summary Judgment against the Individual Defendants is GRANTED. *Id.* Moreover, Chevron, U.S.A., Inc.'s Motion for Summary Judgment (Doc. #75),

BP America Production Company's Motion for Summary Judgment (Doc. #77), and Sojitz Energy Venture, Inc.'s Motion for Summary Judgment (Doc. #79) are GRANTED.

It is so ORDERED.

_____MAR 2 5 2024_____  _____
Date                          The Honorable Alfred H. Bennett
                              United States District Judge