United States Courts
Southern District of Texas
FILED
March 09, 2026
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 19, 2025
Lyle W. Cayce
Clerk

No. 24-20347

---

LEXON INSURANCE COMPANY, INCORPORATED,

*Plaintiff—Appellant,*

versus

CHEVRON U.S.A. INCORPORATED; SOJITZ ENERGY VENTURE, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-990

---

## JUDGMENT

Before SOUTHWICK, OLDHAM, and RAMIREZ, *Circuit Judges.*

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

No. 24-20347

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.



**Certified as a true copy and issued as the mandate on Mar 09, 2026**

**Attest:** *Jyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 09, 2026

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 24-20347    Lexon Insurance v. Chevron U.S.A.
                             USDC No. 4:21-CV-990

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Sean Hannan, Deputy Clerk
                                  504-310-7702

cc w/encl:
     Ms. Kelly Brechtel Becker
     Mr. Robin Bryan Cheatham
     Mr. Scott R. Cheatham
     Mr. Craig A. Duewall
     Mr. Brian David Ginsberg
     Mrs. Kathryn Zainey Gonski
     Mr. Kyle D. Gooch
     Ms. Jana Louise Grauberger
     Mr. Armistead Mason Long
     Mr. George Robert Parrott II
     Mr. Michael David Rubenstein
     Mr. Adam Jonathan Russ
     Ms. Leigh Ann Schell